1  **WO**

2
3
4
5

6  IN THE UNITED STATES DISTRICT COURT
7  FOR THE DISTRICT OF ARIZONA
8

9  United States of America,        )   CR-07-0260-2-PHX-DGC
                                    )
10          Plaintiff,               )   **ORDER**
                                    )
11  vs.                              )
                                    )
12                                   )
    Richard Ross,                    )
13                                   )
            Defendant.               )
14                                   )
                                    )
15  _____)

16          This matter arises on Bruce Feders' Motion to Withdraw as counsel of record for
17  Defendant for the reason that Defendant "has been unable to comply with the financial
18  obligations for retaining" Mr. Feder or his law firm. (docket # 89 at 1) This matter has been
19  informally referred to the undersigned by the assigned District Judge.
20          Upon motion of defense counsel and good cause appearing,
21          **IT IS ORDERED** that Bruce Feders' Motion to Withdraw as counsel of
22  record for Defendant (docket # 89) is **GRANTED** and hereby relieving Bruce Feder, Esq.
23  and the feder law office, p.a. of all further responsibility for the representation of Defendant
24  in this case. Defense counsel shall promptly notify Defendant of tomorrow's mandatory-
25  appearance hearing.
26          **IT IS FURTHER ORDERED** that Defendant shall appear before the
27  undersigned on **Friday, June 1, 2007 at 2:30 p.m.** to discuss appointment of counsel. Absent
28

good cause shown, the failure of Defendant to appear before the undersigned as ordered herein may result in the issuance of a bench warrant for Defendant's arrest.

DATED this 31st day of May, 2007.

*[signature]*
Lawrence O. Anderson
United States Magistrate Judge