**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR07-260-02 PHX-DGC |
| Plaintiff, | **ORDER** |
| v. | |
| Richard Ross (02), | |
| Defendant. | |

The Court will grant Defendant Ross's motion to extend his self-surrender date to April 22, 2013. Doc. 1847. The motion is granted to afford time for Defendant's daughter to relocate to Phoenix, not to address Defendant's motion for reconsideration. The latter motion can be addressed, if necessary, after Defendant has surrendered for incarceration.

**IT IS ORDERED:**

1. Defendant's motion (Doc. 1847) is **granted**.
2. Defendant Ross shall surrender for service of his prison term by **2:00 p.m. on April 22, 2013**.

Dated this 19th day of March, 2013.

_____
David G. Campbell
United States District Judge

cc:   AUSA and counsel for Ross/USMS