**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR07-260-02 PHX-DGC |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| Richard Ross (02), | |
| Defendant. | |

The Court will grant in part Defendant Ross's motion to extend his self-surrender date. Counsel and Defendant Ross are advised that the Court does not intend to grant additional extensions. Arrangements for the care of his family should be made accordingly.

**IT IS ORDERED:**

1. Defendant's motion (Doc. 1865) is **granted in part**.

2. Defendant Ross shall surrender for service of his prison term by **2:00 p.m. on May 31, 2013**.

Dated this 22nd day of April, 2013.

David G. Campbell
United States District Judge

cc: AUSA and counsel for Ross/USMS